# Court of Appeals
# of the State of Georgia

ATLANTA,___October 07, 2021_____

*The Court of Appeals hereby passes the following order:*

**A22I0044. THE STATE v. JAMES STEWART.**

The State filed this application for interlocutory appeal seeking leave to appeal the trial court's order granting a motion for joinder filed by defendant James Stewart. Stewart has filed a motion to dismiss the application, arguing that the State does not have a right to appeal. We agree.

The State's right to appeal in criminal cases is limited by statute. See OCGA § 5-7-1; *State v. Outen*, 289 Ga. 579, 580 (714 SE2d 581) (2011); *Ritter v. State*, 269 Ga. 884, 885 (2) (506 SE2d 857) (1998). "If the State attempts an appeal outside the ambit of OCGA § 5-7-1 (a), the appellate courts do not have jurisdiction to entertain it." *Outen*, 289 Ga. at 580 (punctuation omitted). Because an order granting a defendant's motion for joinder is not within the class of cases that may be appealed under OCGA § 5-7-1, we lack jurisdiction to consider this application. Accordingly, Stewart's motion to dismiss is hereby GRANTED and this application for interlocutory appeal is DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___10/07/2021_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, *Clerk.*